AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| VIRGIN ISLANDS | District of | ST. CROIX |

MARK A. BACON
Plaintiff

**SUMMONS IN A CIVIL ACTION**

V.

GRAPETREE SHORES, INC. d/b/a/
DIVI CARINA BAY HOTEL, Defendants

CASE NUMBER: 2010 - 071

TO: (Name and address of Defendant)

Grapetree Shores, Inc. d/b/a
Divi Carina Bay Hotel
c/o Todd Newman, Esq.
Nichols Newman Logan & Grey, P.C.
1131 King St., Ste. 204
Christiansted, VI 00820

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kevin A. Rames, Esq.
Law Office of K.A. Rames, P.C.
2111 Company St., Suite 3
Christiansted, VI 00820
(340) 773-7284 Telephone
(340) 773-7282

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILFREDO F. MORALES                    8/6/10

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
               Date                    *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.